■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT W. HERMANSON, Appellant. — Judgment insofar as it imposes sentence, unanimously modified as a matter of discretion in the interest of justice by reducing the sentence to a term of two to six years, and, as modified, the judgment is affirmed. (Appeal from judgment of Monroe County Court, Celli, J. — man-

slaughter, second degree, reckless endangerment, second degree.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.